UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:                                                                                    Case No. **20-33177-KRH**

**Kandise Nadine Lucas**
514 East Williamsburg Road
Sandston, VA 23150
SSN/ITTN: xxx-xx-2827
    **Debtor**                                                                    **Chapter 13**

NOTICE OF MOTION AND HEARING

Come now, Debtor(s), by counsel, having filed a Motion to Extend the Automatic Stay with the Court pursuant to 11 U.S.C. § 362(c)(3)(B).

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one.**

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THIS MOTION WILL BE HELD AT THE UNITED STATES BANKRUPTCY COURT, U.S. COURTHOUSE, 701 EAST BROAD STREET, COURTROOM 5000, RICHMOND, VIRGINIA, 23219, ON AUGUST 19, 2020, AT 12:00 P.M.**

If you want to be heard on this matter, then on or before three (3) days from the date of the hearing, you or your attorney must:

1. File with the court, at the address below, a written response pursuant to Local Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street, Suite 4000
    Richmond, VA  23219

2. You must also mail a copy to:

KIMBERLY A. CHANDLER, VSB# 47897
ELIZABETH EGAN, VSB# 44849
CHANDLER LAW FIRM
P.O. Box 17586
Richmond, VA  23226
Office:  (804) 353-1971
Fax:  (480)393-5764
Counsel for Debtors

**CHANDLER LAW FIRM**
P.O. Box 17586
Richmond, VA  23226

3. Attend the hearing scheduled above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the requested relief.

Respectfully submitted,

**Kandise Nadine Lucas**
By Counsel

By:  /s/ Kimberly A. Chandler
Kimberly A. Chandler, VSB# 47897
Elizabeth Egan, VSB# 44849
**CHANDLER LAW FIRM**
Counsel for Debtors

## CERTIFICATE OF SERVICE

I certify that on August 3, 2020, a copy of this Notice of Motion and Hearing has been mailed electronically or via first class mail to the Chapter 13 Trustee, the United States Trustee and all creditors as set forth on the attached mailing matrix.

/s/ Kimberly A. Chandler
Kimberly A. Chandler, VSB# 47897
Elizabeth Egan, VSB# 44849
**CHANDLER LAW FIRM**
Counsel for Debtors

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:                                                                                          Case No. **20-33177-KRH**
**Kandise Nadine Lucas**
514 East Williamsburg Road
Sandston, VA 23150
SSN/ITTN: xxx-xx-2827
    **Debtor**                                                                              **Chapter 13**

## MOTION TO EXTEND THE AUTOMATIC STAY

**COMES NOW** Kandise Nadine Lucas (the "Debtor"), by counsel, pursuant to 11 U.S.C. § 362(c)(3)(B), file the following Motion to Extend the Automatic Stay and affirmatively state as follows:

### Jurisdiction

1. Jurisdiction of this Court over the instant matter is based upon 28 U.S.C. §§1334 and 157 in that this action arises in and relates to the bankruptcy case of the Debtor(s), a Chapter 13 case having been filed in this Court on July 23, 2020 (hereinafter the "Petition Date").

2. This proceeding is a core proceeding under 28 U.S.C. §157(b)(2)(A) and (G).

3. Venue is proper pursuant to 28 U.S.C. §1409.

### Background Facts

4. On July 23, 2020, the Debtor filed in this Court a petition for relief (the "Instant Case") under Chapter 13 of the Bankruptcy Code, 11 U.S.C. 101, et seq.

**KIMBERLY A. CHANDLER, VSB# 47897**
**CHANDLER LAW FIRM**
P.O. Box 17586
Richmond, VA  23226
Office:  (804) 545-0737
Fax:  (480)393-5764
Counsel for Debtors

5.    Carl M. Bates was appointed to serve as Chapter 13 Trustee in this case (the "Trustee").

6.    The Debtor has filed two (2) prior bankruptcy cases in this Court: Chapter 7 bankruptcy filed on December 01, 2004, and discharged on May 04, 2005 (**Case No. 04-41057**); Chapter 13 bankruptcy filed on February 24, 2020, and dismissed on July 17, 2020 (**Case No. 20-30950**) (the "Prior Case").

7.    During the pendancy of the Previous Case, the Debtor failed to meet procedural deadlines, causing the case to be dismissed.  (Affidavit by Debtor to be filed via Pacer prior to hearing).

**Facts of the Instant Case**

8.    In the Instant Case, the Debtor proposes a Chapter 13 Plan (the "Plan") that commits all of her disposable income.

9.    Because the Instant Case was filed within one (1) year of the dismissal of the Previous Case, the automatic stay in the Instant Case will expire "with respect to any action taken with respect to a debt or property securing such debt or with respect to any lease . . . on the 30th day after [the Petition Date]," unless the Court extends the automatic stay. 11 U.S.C. § 362(c)(3)(A) and (B).

10.    Thus the Court should find the Instant Case has been filed in good faith and enter an Order extending the automatic stay as to all creditors, as to the Debtor and her property, and as to the property of the estate for the duration of the Instant Case.

WHEREFORE, the Debtor respectfully request that this Honorable Court enter an Order extending the automatic stay as to all creditors, as to the Debtor and her property, and as to the property of the estate for the duration of the Instant Case and for such other

and further relief as to the Court shall be deemed appropriate.

    Respectfully submitted,

    **Kandise Nadine Lucas**

    By Counsel

    By: /s/ Kimberly A. Chandler
    Kimberly A. Chandler, VSB# 47897
    Elizabeth Egan, VSB# 44849
    **CHANDLER LAW FIRM**
    Counsel for Debtors

## CERTIFICATE OF SERVICE

I certify that on August 3, 2020, a copy of the foregoing was mailed electronically or via first class mail, postage prepaid, to the Standing Chapter 13 Trustee, the United States Trustee, and all creditors as set forth on the attached mailing matrix.

    /s/ Kimberly A. Chandler
    Kimberly A. Chandler, VSB# 47897
    Elizabeth Egan, VSB# 44849
    **CHANDLER LAW FIRM**
    Counsel for Debtors

```
Label Matrix for local noticing          United States Bankruptcy Court          AIS Portfolio Services, LP
0422-3                                   701 East Broad Street                   4515 N Santa Fe Ave
Case 20-33177-KRH                        Richmond, VA 23219-1888                 Oklahoma City, OK 73118-7901
Eastern District of Virginia
Richmond
Mon Aug  3 10:22:01 EDT 2020

Advocates for Equity in Schools          Amanda Simons                           Ashley Funding Services
4206 Chamberlayne Avenue                 11901 Iron Bridge Road                  c/o Resurgent Capital Services
Richmond, VA 23227-5010                  Chester, VA 23831-1458                  PO Box 10587
                                                                                 Greenville, SC 29603-0587


Ballato Law Firm PC**                    Capital One Bank                        Capital One Bank (USA), N.A.
3721  Westerre Pkwy                      Attn: Bankruptcy                        by American InfoSource as agent
Suite A                                  Po Box 30285                            4515 N Santa Fe Ave
Richmond, VA 23233-1332                  Salt Lake City, UT 84130-0285           Oklahoma City, OK 73118-7901


Capital One Financial                    Charles Lucas                           Cjw Medical Center
1680 Capital One Dr                      514 East Williamsburg Road              Resurgent Capital Services
Mc Lean, VA 22102-3407                   Sandston, VA 23150-1703                 PO Box 1927
                                                                                 Greenville, SC 29602-1927


Commonwealth Lab Consultants             EdFinancial Services                    First Investors Corporation*
PO Box 36559                             Attn: Bankruptcy                        380 Interstate North Parkway
Martinsville, VA 24115-5468              Po Box 36008                            Ste 300
                                         Knoxville, TN 37930-6008                Atlanta, GA 30339-2222


First Investors Servicing Corporation    Henrico Courts                          Henrico Doctor's Hospital
380 Interstate North Parkway Ste 300     4301 Parham Road                        Resurgent Capital Services
Atlanta, GA 30339-2222                   Henrico, VA 23228-2745                  PO Box 1927
                                                                                 Greenville, SC 29602-1927


Kim Taylor                               Meridian Resource Company               NAPA Virginia
1409 Eastridge Road                      PO Box 659940                           PO Box 8005
Henrico, VA 23229-5501                   San Antonio, TX 78265-9138              Cleveland, TN 37320-8005


(p)NATIONSTAR MORTGAGE LLC               Navient Solutions Inc                   Sheltering Arms Hosp
PO BOX 619096                            Po Box 9500                             Applied Business Services
DALLAS TX 75261-9096                     Wilkes Barre, PA 18773-9500             617 Southside Rd
                                                                                 Edenton, NC 27932-8922


Synchrony Bank/Amazon                    Synchrony Bank/Amazon                   Thomas H. Robers & Assoc PC
Attn:  Bankruptcy                        Po Box 965015                           105 S. 1st Street
Po Box 965060                            Orlando, FL 32896-5015                  Richmond, VA 23219-3718
Orlando, FL 32896-5060


U.S. Attorney's Office                   Valley Credit Service, Inc              Wells Fargo
919 East Main Street, Suite 1900         P.o. Box 7090                           7711 Plantation Rd #
Richmond, VA 23219-4625                  Charlottesville, VA 22906-7090          R4058015
                                                                                 Roanoke, VA 24019-0000
```

```
Wells Fargo Bank NA                 Wells Fargo Bank NA                 Carl M. Bates
Attn: Bankruptcy                    Credit Bureau Dispute Resoluti      341 Dial 866-813-0912 Code: 8576180
1 Home Campus Mac X2303-01a         Des Moines, IA 50306-0000           P. O. Box 1819
Des Moines, IA 50328-0001                                               Richmond, VA 23218-1819


John P. Fitzgerald, III             Kandise Nadine Lucas                Kimberly Alice Chandler
Office of the US Trustee - Region 4 -R   514 East Williamsburg Road     Chandler Law Firm
701 E. Broad Street, Ste. 4304      Sandston, VA 23150-1703             P.O. Box 17586
Richmond, VA 23219-1849                                                 Richmond, VA 23226-7586
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Nationstar Mortgage, LLC            End of Label Matrix
D/B/A Mr. Cooper                    Mailable recipients    35
PO Box 619096                       Bypassed recipients     0
Dallas, TX 75261-9741               Total                  35
```