**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | **Kandise N. Lucas** | ) |
| | | ) **Case No. 20-33177-KRH** |
| | **Debtor.** | ) **Chapter 13** |
| | | ) |
| **Address** | | ) |
| | **Kandise N. Lucas** | ) |
| | | ) |
| | **514 East Williamsburg Road** | ) |
| | | ) |
| | **Sandston, VA 23150** | ) |

Last four digits of SSN or ITIN:    **2827**

_____

## ORDER ON MOTION FOR EXPEDITED HEARING

**UPON MOTION BY**, Krumbein Consumer Legal Services, Inc., special counsel for Debtor(s),

The motion for Expedited Hearing is GRANTED.

ENTERED: Jan 8 2021          /s/ Kevin R Huennekens
                                               _____
                                               Kevin R. Huennekens, Judge, US Bankruptcy Court
                                               Eastern District of Virginia, Richmond Division

                                                              /s/ Jason M. Krumbein, Esq.
Entered On Docket: Jan 11 2021        Jason M. Krumbein, Esq. VSBN 43538
                                               Counsel for the Debtor(s) in Bankruptcy
                                               Krumbein Consumer Legal Services, Inc.
                                               1650 Willow Lawn Dr. Suite 201
                                               Richmond, VA 23230
                                               Tel: 804.592.0792 Fax: 804.673.4350
                                               jkrumbein@krumbeinlaw.com

## CERTIFICATE OF ENDORSEMENT PURSUANT TO LBR 9022-1

I certify that all necessary parties have endorsed the foregoing order.

                                               /s/ Jason M. Krumbein, Esq.
                                               Counsel for the Debtor(s) in Bankruptcy

MAILING MATRIX

BY ECF:

Kimberly A. Chandler, Counsel for Debtor

Jason M. Krumbein, Special counsel for defendant/debtor

BY US MAIL

Kandice N. Lucas
514 E. Williamsburg Rd.
Sandston, VA 23150