# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 20-33177 |
| KANDISE NADINE LUCAS | § | |
| DEBTOR | § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Servbank, SB | Allied First Bank, SB dba Servbank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Servbank, SB**
**3138 E Elwood St**
**Phoenix, Arizona 85034**

Court Claim # (if known): 4-1
Amount of Claim: $53,305.83
Date Claim Filed: 08/04/2020

Phone: **866-867-0330**
Last Four Digits of Acct #: **xxxxxx0522**

Phone: 866-867-0330
Last Four Digits of Acct.#: xxxx0522

Name and Address where transferee payments should be sent (if different from above):

Servbank, SB
ATTN: Cashiering
3138 E Elwood St
Phoenix, Arizona 85034

Phone: **866-867-0330**
Last Four Digits of Acct #: **xxxxxx0522**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mukta Suri                                             Date:       02/27/2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before _____February 27, 2024_____ via electronic notice unless otherwise stated:

**Debtor**          *Via U.S. Mail*
Kandise Nadine Lucas
514 East Williamsburg Road
Sandston, VA 23150

**Debtors' Attorney**
Kimberly Alice Chandler
Chandler Law Firm
P.O. Box 17586
Richmond, VA  23226

**Chapter 13 Trustee**
Carl M. Bates
P. O. Box 1819
Richmond, Virginia 23218

Respectfully Submitted,

/s/ Mukta Suri
Mukta Suri