2100B (12/15)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 20-33177-KRH
Chapter 13

In re: Debtor(s) (including Name and Address)

Kandise Nadine Lucas
514 East Williamsburg Road
Sandston VA 23150

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 02/27/2024 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. 4: Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034 | Servbank, SB<br>3138 E Elwood St<br>Phoenix, Arizona 85034 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/01/24                                           William C. Redden
                                                           **CLERK OF THE COURT**

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 20-33177-KRH

Kandise Nadine Lucas  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7      User: halllinda      Page 1 of 2

Date Rcvd: Feb 28, 2024      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16152969 | + Email/Text: BK@servicingdivision.com | Feb 29 2024 01:00:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carl M. Bates | station01@richchap13.com<br>station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com |
| Craig Brandon Rule | on behalf of Creditor Nationstar Mortgage LLC crule@zwickerpc.com  bknotices@zwickerpc.com |
| Daniel Kevin Eisenhauer | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ANHSOrlans@InfoEx.com  ecfaccount@orlans.com |
| Gerard R. Vetter | USTPRegion04.RH.ECF@usdoj.gov |
| Jason Meyer Krumbein | |

| District/off: 0422-7 | User: halllinda | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: trc | Total Noticed: 1 |

    on behalf of Defendant Kandise Nadine Lucas jkrumbein@krumbeinlaw.com
    a30156@yahoo.com;plutzky@krumbeinlaw.com;jkrumbein@recap.email

Kimberly Alice Chandler
    on behalf of Debtor Kandise Nadine Lucas kim@chandlerplc.com
    liz@chandlerplc.com;admin3@chandlerplc.com;r49700@notify.bestcase.com

Mukta Suri
    on behalf of Creditor Allied First Bank  SB dba Servbank mukta.suri@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Mukta Suri
    on behalf of Creditor Allied First Bank  SB dba ServBank mukta.suri@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Mukta Suri
    on behalf of Creditor Servbank  SB mukta.suri@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Susan Hope Call
    on behalf of Trustee Carl M. Bates susancall@richchap13.com  station15@richchap13.com

Todd Madison Ritter
    on behalf of Plaintiff Amanda Simons tritter@hillrainey.com
    bankruptcy@hillrainey.com;kvillafane@hillrainey.com;tritter@hillrainey.com;thall@hillrainey.com

Todd Madison Ritter
    on behalf of Creditor Amanda Simons tritter@hillrainey.com
    bankruptcy@hillrainey.com;kvillafane@hillrainey.com;tritter@hillrainey.com;thall@hillrainey.com

TOTAL: 12