| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 20-33177-KRH<br>Eastern District of Virginia<br>Richmond<br>Wed Jun 12 16:43:16 EDT 2024 | Allied First Bank, SB dba ServBank<br>Allied First Bank, SB dba Servbank<br>14841 Dallas Parkway, Ste 350<br>Dallas, TX 75254-7685 | Allied First Bank, SB dba Servbank<br>3138 E Elwood St<br>Phoenix, AZ 85034-7210 |
| LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | Servbank, SB<br>3138 E Elwood St<br>Phoenix, AZ 85034-7210 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 |
| AIS Portfolio Services, LP<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Advocates for Equity in Schools<br>4206 Chamberlayne Avenue<br>Richmond, VA 23227-5010 | Allied First Bank, SB dba Servbank<br>3138 E Elwood St<br>Phoenix, Arizona 85034-7210 |
| Amanda Simons<br>11901 Iron Bridge Road<br>Chester, VA 23831-1458 | Ashley Funding Services<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)NGUYEN BALLATO<br>ATTN NGUYEN BALLATO LAW FIRM<br>2201 LIBBIE AVENUE<br>RICHMOND VA 23230-2364 | Capital One Bank<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Capital One Financial<br>1680 Capital One Dr<br>Mc Lean, VA 22102-3407 | Charles Lucas<br>514 East Williamsburg Road<br>Sandston, VA 23150-1703 | Cjw Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| Commonwealth Lab Consultants<br>PO Box 36559<br>Martinsville, VA 24115-5468 | Dr. Marla Crawford<br>c/o Elite Educational Consulting<br>6523 S Stevens Hollow Dr<br>Chesterfield, VA 23832-8566 | EdFinancial Services<br>Attn: Bankruptcy<br>Po Box 36008<br>Knoxville, TN 37930-6008 |
| First Investors Corporation*<br>380 Interstate North Parkway<br>Ste 300<br>Atlanta, GA 30339-2222 | First Investors Servicing Corporation<br>380 Interstate North Parkway Ste 300<br>Atlanta, GA 30339-2222 | Henrico Courts<br>4301 Parham Road<br>Henrico, VA 23228-2745 |
| Henrico Doctor's Hospital<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Kim Taylor<br>1409 Eastridge Road<br>Henrico, VA 23229-5501 | Meridian Resource Company<br>PO Box 659940<br>San Antonio, TX 78265-9138 |
| NAPA VIRGINIA<br>C/O NATIONWIDE RECOVERY SERVICE<br>PO BOX 8005<br>CLEVELAND, TN 37320-8005 | NAPA Virginia<br>PO Box 8005<br>Cleveland, TN 37320-8005 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>PO Box 619096<br>Dallas, TX 75261-9096 |

| | | |
|---|---|---|
| (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Navient Solutions Inc<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Servbank, SB<br>3138 E Elwood St<br>Phoenix, Arizona 85034-7210 |
| Sheltering Arms Hosp<br>Applied Business Services<br>617 Southside Rd<br>Edenton, NC 27932-8922 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Thomas H. Robers & Assoc PC<br>105 S. 1st Street<br>Richmond, VA 23219-3718 | U.S. Attorney's Office<br>919 East Main Street, Suite 1900<br>Richmond, VA 23219-4625 |
| Valley Credit Service, Inc<br>P.o. Box 7090<br>Charlottesville, VA 22906-7090 | Wells Fargo<br>7711 Plantation Rd #<br>R4058015<br>Roanoke, VA 24019-0000 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 |
| Wells Fargo Bank NA<br>Credit Bureau Dispute Resoluti<br>Des Moines, IA 50306-0000 | Wells Fargo Bank, N.A., Wells Fargo Card Ser<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 | Amanda Simons<br>c/o Daniels, Williams, Tuck & Ritter<br>11901 Iron Bridge Road<br>PO Box 3570<br>Chester, va 23831-8481 |
| Carl M. Bates<br>341 Dial 866-813-0912 Code: 8576180<br>P. O. Box 1819<br>Richmond, VA 23218-1819 | Gerard R. Vetter<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 | Kandise Nadine Lucas<br>514 East Williamsburg Road<br>Sandston, VA 23150-1703 |
| Kimberly Alice Chandler<br>Chandler Law Firm<br>P.O. Box 17586<br>Richmond, VA 23226-7586 | Marla Faith Crawford<br>6523 South Stevens Hollow Drive<br>Chesterfield, VA 23832-8566 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Ballato Law Firm PC**<br>3721  Westerre Pkwy<br>Suite A<br>Richmond, VA 23233-0000 | Nationstar Mortgage, LLC<br>D/B/A Mr. Cooper<br>PO Box 619096<br>Dallas, TX 75261-9741 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC

(u)Nationstar Mortgage LLC d/b/a Mr. Cooper

(d)LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

**End of Label Matrix**
**Mailable recipients**     49
**Bypassed recipients**      3
**Total**                   52