UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re  Kandise Nadine Lucas                                    Case No.  20-33177-KRH
                                                               Chapter 13

          Debtor(s).

# ORDER CONDITIONALLY APPROVING LOAN MODIFICATION AGREEMENT

A hearing was held in open court on _____July 10, 2024_____ on debtor's motion to approve loan modification agreement.  Upon consideration of the motion, it is

**ORDERED:**

1. The debtor's motion to approve the loan modification agreement is **CONDITIONALLY APPROVED**.

2. A final hearing on debtor's motion to approve the loan modification agreement will be heard on _____August 21, 2024_____, at __12:00__ P.M. at the U.S. Bankruptcy Court, Judge Huennekens' Courtroom, 701 East Broad St., Room 5000, Richmond, VA  23219. This final hearing may be canceled if, prior to the final hearing, the parties submit to the Court: (1) a fully executed copy of the loan modification agreement; and (2) a proposed final order on the motion with endorsements by the debtor or debtor's counsel if the debtor has been represented by counsel during the motion proceedings, the Chapter 13 trustee, and the creditor or creditor's counsel if the creditor has been represented by counsel during the motion proceedings.

Date:  Jul 10 2024                                      /s/ Kevin R Huennekens
                                                                Judge

NOTICE OF JUDGMENT ORDER
ENTERED ON DOCKET
Jul 11 2024