UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re Kandise Nadine Lucas                            Case No. 20-33177-KRH
                                                      Chapter 13

        Debtor(s).

### ORDER CONDITIONALLY APPROVING LOAN MODIFICATION AGREEMENT

A hearing was held in open court on _____July 10, 2024_____ on debtor's motion to approve loan modification agreement. Upon consideration of the motion, it is

**ORDERED:**

1.      The debtor's motion to approve the loan modification agreement is **CONDITIONALLY APPROVED**.

2.      A final hearing on debtor's motion to approve the loan modification agreement will be heard on _____August 21, 2024_____, at __12:00__ P.M. at the U.S. Bankruptcy Court, Judge Huennekens' Courtroom, 701 East Broad St., Room 5000, Richmond, VA 23219. This final hearing may be canceled if, prior to the final hearing, the parties submit to the Court: (1) a fully executed copy of the loan modification agreement; and (2) a proposed final order on the motion with endorsements by the debtor or debtor's counsel if the debtor has been represented by counsel during the motion proceedings, the Chapter 13 trustee, and the creditor or creditor's counsel if the creditor has been represented by counsel during the motion proceedings.

Date:  Jul 10 2024                                    /s/ Kevin R Huennekens
                                                      Judge

                                                      NOTICE OF JUDGMENT ORDER
                                                      ENTERED ON DOCKET
                                                      Jul 11 2024

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 20-33177-KRH |
| Kandise Nadine Lucas | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: halllinda | Page 1 of 2 |
| Date Rcvd: Jul 11, 2024 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kandise Nadine Lucas, 514 East Williamsburg Road, Sandston, VA 23150-1703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 13, 2024           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:

**Name**           **Email Address**

Carl M. Bates
    station01@richchap13.com
    station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com

Craig Brandon Rule
    on behalf of Creditor Nationstar Mortgage LLC crule@zwickerpc.com  bknotices@zwickerpc.com

Daniel Kevin Eisenhauer
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ANHSOrlans@InfoEx.com  ecfaccount@orlans.com

Gerard R. Vetter
    USTPRegion04.RH.ECF@usdoj.gov

Jason Meyer Krumbein
    on behalf of Defendant Kandise Nadine Lucas jkrumbein@krumbeinlaw.com
    a30156@yahoo.com;plutzky@krumbeinlaw.com;jkrumbein@recap.email

Kimberly Alice Chandler

| | | |
|---|---|---|
| District/off: 0422-7 | User: halllinda | Page 2 of 2 |
| Date Rcvd: Jul 11, 2024 | Form ID: pdford9 | Total Noticed: 1 |

on behalf of Debtor Kandise Nadine Lucas kim@chandlerplc.com liz@chandlerplc.com;admin3@chandlerplc.com;r49700@notify.bestcase.com

Mukta Suri

on behalf of Creditor Allied First Bank SB dba Servbank mukta.suri@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Mukta Suri

on behalf of Creditor Allied First Bank SB dba ServBank mukta.suri@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Mukta Suri

on behalf of Creditor Servbank SB mukta.suri@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Susan Hope Call

on behalf of Trustee Carl M. Bates susancall@richchap13.com station15@richchap13.com

Todd Madison Ritter

on behalf of Plaintiff Amanda Simons tritter@hillrainey.com bankruptcy@hillrainey.com;kvillafane@hillrainey.com;tritter@hillrainey.com;thall@hillrainey.com

Todd Madison Ritter

on behalf of Creditor Amanda Simons tritter@hillrainey.com bankruptcy@hillrainey.com;kvillafane@hillrainey.com;tritter@hillrainey.com;thall@hillrainey.com

TOTAL: 12