IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                                                                        Case No. **20-33177-KRH**
**Kandise Nadine Lucas**
514 East Williamsburg Road
Sandston, VA 23150
SSN/ITTN: xxx-xx-2827
    **Debtor**                                                            Chapter 13

### ORDER GRANTING DEBTOR'S MOTION TO APPROVE
### LOAN MODIFICATION FOR REAL PROPERTY

This matter comes before the Court on the Debtor's Motion to Approve the fully executed Loan Modification Secured by Real Property. In consideration thereof, the Court makes these FINDINGS:

1. That Debtors have complied with Local Bankruptcy Rule 9013-1 and the notice provisions required by Bankruptcy Rules 4001 and 9014.

2. That no parties in interest have filed any timely objection to the Debtors' motion.

3. That Servbank, SB, shall be allowed to record the fully executed loan modification within the land records of the County of Prince George.

3. That the following stated terms were disclosed to Debtor when she obtained an offer from Servbank, SB for a loan modification (hereinafter the "Loan Modification") to be secured by a first priority lien on the following real property: **10906 Sassafras Drive Hopewell, VA 23860** (hereinafter the "Property") in the amount of **$39,887.88 (the "Modified Principal Balance")**. A full legal description of the Real Property is as follows:

**KIMBERLY A. CHANDLER, VSB# 47897**
**CHANDLER LAW FIRM**
P.O. Box 17586
Richmond, VA  23226
Office:  (804) 353-1971
Fax:  (804)723-0954
Counsel for Debtor(s)

```
ALL that certain lot, piece or parcel of land with all
improvements thereon and appurtenances thereto belonging, lying
and being in the County of Prince George, Virginia, shown and
designated as Lot 2, Block 13, Section 7, on Subdivision Plat
of Beechwood Manor, recorded in the Clerk's Office of the
Circuit Court of Prince George County, Virginia, in Plat Book
16, pages 38-41, to which plat reference is hereby made for a
more particular description of the property.

BEING the same property conveyed to James M. Crusoe and Debra
D. Crusoe, husband and wife, by deed of assumption from Chris
A. Lecomte and Tamie R. Lecomte, husband and wife, dated April
25, 1988 and recorded May 3, 1988 in the Clerk's Office of the
Circuit Court of Prince George County, Virginia in Deed Book
306, page 222.
```

It appearing to the Court to be just and in the best interests of the parties to allow Debtors' motion, subject to the terms stated herein above it is hereby,

ORDERED that the Debtors' Motion is hereby GRANTED, and it is further

ORDERED that the Debtor(s) may enter into the Loan Modification and execute such documents as are necessary to complete the transaction, including but not limited to a deed of trust lien on the Property, and it is further

ORDERED that the terms of the Loan Modification are approved as follows:

a. Principal Balance of loan **before** new loan modification is **$34,117.86;**
b. Principal Balance of loan **after** loan modification is **$39,887.88** (inclusive of pre-petition and post-petition arrears and unpaid interest);
c. Interest rate is **before** loan modification **7.375**%;
d. Interest rate is **after** loan modification **6.875%;**
e. Maturity Date **before** loan modification **7/1/2031**;
f. Maturity Date **after** loan modification **6/1/2054;**
g. Monthly payment **before** loan modification **$950.04**; including **principal, interest and escrow**;
h. Monthly payment **after** loan modification **$262.03** including **principal, and interest**; and the additional estimated escrow of approximately **$340.16**;
i. The modification results in a lower monthly payment. Future plan payments will not increase, given debtor is below median.

ORDERED that upon modification of the loan, Servbank, SB shall amend their Proof of

Claim appropriately; and it is further

    ORDERED that the Trustee shall treat the remaining balance if any of the secured mortgage arrearages claim of Servbank, SB, as paid outside of the plan pursuant to the approved loan modification immediately upon entry of the order, and it is further

    ORDERED that the Clerk shall mail copies of this Order, once entered, to all parties on the attached service list.

Date: Sep 22 2024

/s/ Kevin R Huennekens
United States Bankruptcy Judge

Entered on Docket: Sep 23 2024

I ask for this:

/s/ Kimberly A. Chandler
**KIMBERLY A. CHANDLER, VSB# 47897**
**CHANDLER LAW FIRM**
P.O. Box 17586
Richmond, VA  23226
Office:  (804) 353-1971
Fax:  (804) 723-0954
Counsel for Debtor(s)


Endorsed by:

/s/ Carl M. Bates
Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218-1819

## CERTIFICATION

      Pursuant to Local Rule 9022-1(C), I hereby certify that a true copy of the foregoing order has been either endorsed by all necessary parties and/or was served via electronic mail or mailed via first class mail, postage pre-paid, to all necessary parties set forth in the certificate of service filed with the Motion.

      /s/ Kimberly A. Chandler
      **KIMBERLY A. CHANDLER, VSB# 47897**

## PARTIES TO RECEIVE COPIES

Chandler Law Firm
P.O. 17586
Richmond, VA  23226

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218-1819

Office of the U.S. Trustee
P.O. Box 2246
Richmond, VA 23217-2246

Servbank, SB
3138 E. Elwood St
Phoenix, AZ 85034-7210

Kandise Nadine Lucas
514 East Williamsburg Road
Sandston, VA 23150