2100B (12/15)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 20-33177-FJS
Chapter 13

In re: Debtor(s) (including Name and Address)

Kandise Nadine Lucas
514 East Williamsburg Road
Sandston VA 23150

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 07/29/2025 (date).

Name and Address of Alleged Transferor:

Claim No. 4: Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034

Name and Address of Transferee:

Servbank, N.A.
3138 E Elwood St
Phoenix, Arizona 85034

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/01/25

Charri S. Stewart
**CLERK OF THE COURT**

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 20-33177-FJS |
| Kandise Nadine Lucas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: MichelleS | Page 1 of 2 |
| Date Rcvd: Jul 30, 2025 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16354197 | + Email/Text: BK@servicingdivision.com | Jul 31 2025 00:48:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:

**Name**    **Email Address**

Carl M. Bates
    station01@richchap13.com
    station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com

Craig Andrew Edelman
    on behalf of Creditor Servbank N.A. craig.edelman@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Craig Brandon Rule
    on behalf of Creditor Nationstar Mortgage LLC crule@zwickerpc.com bknotices@zwickerpc.com

D. Carol Sasser
    on behalf of Creditor Servbank SB dsasser@siwpc.com,
    ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

Daniel Kevin Eisenhauer

Case 20-33177-FJS    Doc 147    Filed 08/01/25    Entered 08/02/25 00:14:53    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0422-7 | User: MichelleS | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ANHSOrlans@InfoEx.com ecfaccount@orlans.com |
| Jason Meyer Krumbein | |
| | on behalf of Defendant Kandise Nadine Lucas jkrumbein@krumbeinlaw.com a30156@yahoo.com;jkrumbein@recap.email |
| Kimberly Alice Chandler | |
| | on behalf of Debtor Kandise Nadine Lucas kim@chandlerplc.com liz@chandlerplc.com;admin3@chandlerplc.com;r49700@notify.bestcase.com |
| Matthew W. Cheney | |
| | USTPRegion04.RH.ECF@usdoj.gov |
| Mukta Suri | |
| | on behalf of Creditor Allied First Bank SB dba Servbank Mukta.Suri@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Mukta Suri | |
| | on behalf of Creditor Allied First Bank SB dba ServBank Mukta.Suri@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Mukta Suri | |
| | on behalf of Creditor Servbank SB Mukta.Suri@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Natalie E Lea | |
| | on behalf of Creditor Servbank SB natalie.lea@bonialpc.com, Notices.Bonial@ecf.courtdrive.com |
| Susan Hope Call | |
| | on behalf of Trustee Carl M. Bates susancall@richchap13.com station15@richchap13.com |
| Todd Madison Ritter | |
| | on behalf of Plaintiff Amanda Simons tritter@hillrainey.com bankruptcy@hillrainey.com;kvillafane@hillrainey.com;tritter@hillrainey.com;thall@hillrainey.com |
| Todd Madison Ritter | |
| | on behalf of Creditor Amanda Simons tritter@hillrainey.com bankruptcy@hillrainey.com;kvillafane@hillrainey.com;tritter@hillrainey.com;thall@hillrainey.com |

TOTAL: 15