# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

**In re:**

**KANDISE NADINE LUCAS**
**FKA KANDISE THOMAS-HUMPHREY**
**DBA ADVOCATES FOR EQUITY IN**                **CHAPTER 13**
**SCHOOLS,**

           **DEBTOR.**                **CASE NO. 20-33177-FJS**

**SERVBANK, SB,**

           **MOVANT,**

**vs.**

**KANDISE NADINE LUCAS**
**and CARL M. BATES, TRUSTEE,**

           **RESPONDENTS.**

### <u>ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY</u>

The Motion for Relief from the Automatic Stay filed by Servbank, SB ("Movant") having been properly served, with all parties or their Counsel having endorsed this Order and agreeing to its entry; it is

**ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby terminated as to all parties to permit the Movant and its successors and assigns to enforce the lien of its Deed of Trust as it pertains to the real property located at **10906 Sassafras Drive, Hopewell, VA 23860** and more particularly described as follows:

> **ALL that certain lot, piece or parcel of land with all improvements thereon and appurtenances thereto belonging, lying and being in the County of Prince George, Virginia, shown and designated as Lot 2, Block 13, Section 7, on Subdivision Plat of Beechwood Manor, recorded in the Clerk's Office of the Circuit Court of Prince George County, Virginia, in Plat Book 16, pages 38-41, to which plat reference is hereby made for a more particular description of the property.**
>
> **BEING the same property conveyed to Kandise N. Thomas-Humphrey by deed from James M. Crusoe and Debra D. Crusoe, dated June 28, 2001, and recorded herewith but**

D. Carol Sasser, Esquire
Counsel for Movant
Samuel I. White, P.C.
Bar No. 28422
448 Viking Drive
Suite 350
Virginia Beach, VA 23452
(757) 490-9284
File No. 88774

**immediately prior to this instrument**.

Relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

**ORDERED** that upon entry of this Order, the Chapter 13 Trustee shall be relieved of any and all obligation to remit payment incident to the arrearages set forth in the Proof of Claim filed by Movant.

It is further **ORDERED** that the fourteen (14) day stay is hereby waived and the terms of this Order are immediately enforceable.

DATED: Aug 8 2025

/s/ Frank J Santoro

UNITED STATES BANKRUPTCY JUDGE

**NOTICE OF JUDGMENT OR ORDER**
**Entered on Docket**

Aug 8 2025

I ask for this:
By: /s/ D. Carol Sasser
D. Carol Sasser, Esquire, Bar No. 28422
Kim R. Gershen, Esquire, Bar No. 41467
Daniel J. Pesachowitz, Esquire, Bar No. 74295
Samuel I. White, P.C.
448 Viking Drive
Suite 350
Virginia Beach, VA 23452
Tel.: (757) 490-9284
Fax: (757) 497-2802
dsasser@siwpc.com
Counsel for Servbank, SB

Seen and Agreed:

/s/ Kimberly A. Chandler (electronic signature affixed pursuant to email authorization)
Kimberly Alice Chandler
Counsel for Debtor
P.O. Box 17586
Richmond, VA 23226

Seen:


/s/ Carl M. Bates (electronic signature affixed pursuant to email authorization)
Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218
Case No. 20-33177-FJS


## CERTIFICATE OF SERVICE

I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2, with the Court's informal instructions and that it has been endorsed by all necessary parties involved in this proceeding.

By: /s/ D. Carol Sasser
D. Carol Sasser, Esquire
Samuel I. White, P.C.

The Clerk shall mail a copy of the entered Order to the following:

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

Kimberly Alice Chandler
Counsel for Debtor
P.O. Box 17586
Richmond, VA 23226

Kandise Nadine Lucas
Debtor
514 E Williamsburg Road
Sandston, VA 23150