IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

**KANDISE NADINE LUCAS**
**FKA KANDISE THOMAS-HUMPHREY**
**DBA ADVOCATES FOR EQUITY IN**
**SCHOOLS,**

**CHAPTER 13**

      **DEBTOR.**

**CASE NO. 20-33177-FJS**

**SERVBANK, SB,**

      **MOVANT,**

vs.

**KANDISE NADINE LUCAS**
**and CARL M. BATES, TRUSTEE,**

      **RESPONDENTS.**

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from the Automatic Stay filed by Servbank, SB ("Movant") having been properly served, with all parties or their Counsel having endorsed this Order and agreeing to its entry; it is

**ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby terminated as to all parties to permit the Movant and its successors and assigns to enforce the lien of its Deed of Trust as it pertains to the real property located at **10906 Sassafras Drive, Hopewell, VA 23860** and more particularly described as follows:

> **ALL** that certain lot, piece or parcel of land with all improvements thereon and appurtenances thereto belonging, lying and being in the County of Prince George, Virginia, shown and designated as Lot 2, Block 13, Section 7, on Subdivision Plat of Beechwood Manor, recorded in the Clerk's Office of the Circuit Court of Prince George County, Virginia, in Plat Book 16, pages 38-41, to which plat reference is hereby made for a more particular description of the property.
>
> **BEING** the same property conveyed to Kandise N. Thomas-Humphrey by deed from James M. Crusoe and Debra D. Crusoe, dated June 28, 2001, and recorded herewith but

D. Carol Sasser, Esquire
Counsel for Movant
Samuel I. White, P.C.
Bar No. 28422
448 Viking Drive
Suite 350
Virginia Beach, VA 23452
(757) 490-9284
File No. 88774

**immediately prior to this instrument.**

Relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

**ORDERED** that upon entry of this Order, the Chapter 13 Trustee shall be relieved of any and all obligation to remit payment incident to the arrearages set forth in the Proof of Claim filed by Movant.

It is further **ORDERED** that the fourteen (14) day stay is hereby waived and the terms of this Order are immediately enforceable.

DATED: Aug 8 2025

/s/ Frank J Santoro

UNITED STATES BANKRUPTCY JUDGE

**NOTICE OF JUDGMENT OR ORDER**
**Entered on Docket**

Aug 8 2025

I ask for this:
By: /s/ D. Carol Sasser
D. Carol Sasser, Esquire, Bar No. 28422
Kim R. Gershen, Esquire, Bar No. 41467
Daniel J. Pesachowitz, Esquire, Bar No. 74295
Samuel I. White, P.C.
448 Viking Drive
Suite 350
Virginia Beach, VA 23452
Tel.: (757) 490-9284
Fax: (757) 497-2802
dsasser@siwpc.com
Counsel for Servbank, SB

Seen and Agreed:

/s/ Kimberly A. Chandler (electronic signature affixed pursuant to email authorization)
Kimberly Alice Chandler
Counsel for Debtor
P.O. Box 17586
Richmond, VA 23226

Seen:

/s/ Carl M. Bates (electronic signature affixed pursuant to email authorization)
Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218
Case No. 20-33177-FJS

CERTIFICATE OF SERVICE

    I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2, with the Court's informal instructions and that it has been endorsed by all necessary parties involved in this proceeding.

                                          By: /s/ D. Carol Sasser
                                          D. Carol Sasser, Esquire
                                          Samuel I. White, P.C.

The Clerk shall mail a copy of the entered Order to the following:

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

Kimberly Alice Chandler
Counsel for Debtor
P.O. Box 17586
Richmond, VA 23226

Kandise Nadine Lucas
Debtor
514 E Williamsburg Road
Sandston, VA 23150

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                      Case No. 20-33177-FJS

Kandise Nadine Lucas                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-7 | User: KimberlyD | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2025 | Form ID: pdford1 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kandise Nadine Lucas, 514 East Williamsburg Road, Sandston, VA 23150-1703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Aug 10, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carl M. Bates | station01@richchap13.com<br>station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com |
| Craig Andrew Edelman | on behalf of Creditor Servbank  N.A. craig.edelman@bonialpc.com, Notices.Bonial@ecf.courtdrive.com |
| Craig Brandon Rule | on behalf of Creditor Nationstar Mortgage LLC crule@zwickerpc.com  bknotices@zwickerpc.com |
| D. Carol Sasser | on behalf of Creditor Servbank  SB dsasser@siwpc.com,<br>ewhite@siwpc.com;kgershen@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Daniel Kevin Eisenhauer | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ANHSOrlans@InfoEx.com  ecfaccount@orlans.com |

| | | |
|---|---|---|
| District/off: 0422-7 | User: KimberlyD | Page 2 of 2 |
| Date Rcvd: Aug 08, 2025 | Form ID: pdford1 | Total Noticed: 1 |

Jason Meyer Krumbein
    on behalf of Defendant Kandise Nadine Lucas jkrumbein@krumbeinlaw.com  a30156@yahoo.com;jkrumbein@recap.email

Kimberly Alice Chandler
    on behalf of Debtor Kandise Nadine Lucas kim@chandlerplc.com
    liz@chandlerplc.com;admin3@chandlerplc.com;r49700@notify.bestcase.com

Matthew W. Cheney
    USTPRegion04.RH.ECF@usdoj.gov

Mukta Suri
    on behalf of Creditor Allied First Bank  SB dba Servbank Mukta.Suri@mccalla.com, mccallaecf@ecf.courtdrive.com

Mukta Suri
    on behalf of Creditor Allied First Bank  SB dba ServBank Mukta.Suri@mccalla.com, mccallaecf@ecf.courtdrive.com

Mukta Suri
    on behalf of Creditor Servbank  SB Mukta.Suri@mccalla.com, mccallaecf@ecf.courtdrive.com

Natalie E Lea
    on behalf of Creditor Servbank  SB natalie.lea@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Susan Hope Call
    on behalf of Trustee Carl M. Bates susancall@richchap13.com  station15@richchap13.com

Todd Madison Ritter
    on behalf of Plaintiff Amanda Simons tritter@hillrainey.com
    bankruptcy@hillrainey.com;kvillafane@hillrainey.com;tritter@hillrainey.com;thall@hillrainey.com

Todd Madison Ritter
    on behalf of Creditor Amanda Simons tritter@hillrainey.com
    bankruptcy@hillrainey.com;kvillafane@hillrainey.com;tritter@hillrainey.com;thall@hillrainey.com

TOTAL: 15