### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

**RE: Kandise Nadine Lucas   XXX-XX-2827**                    **Case No. 20-33177-FJS**

### <u>DIRECTIVE FOR TERMINATION OF VOLUNTARY PAYMENTS BY DEBTOR</u>

IT IS DIRECTED;

That the above Debtor shall discontinue sending the Trustee any additional payments under the previous Directive For Voluntary Payment.

THIS DIRECTIVE IS ENTERED PURSUANT TO A STANDING ORDER OF THE UNITED STATES BANKRUPTCY COURT.

Dated:  **<u>November 03, 2025</u>**

                                          **<u>/S/ Carl M. Bates</u>**
                                          Carl M. Bates, Trustee
                                          Eastern District of Virginia, Richmond Division

The Trustee does hereby certify that a copy of this Directive was mailed to the Debtor and electronically sent to Debtor's counsel on the date above written.

                                          **<u>/S/ Carl M. Bates</u>**
                                          Carl M. Bates, Trustee