# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**In re:**                                                                      **Case Number**  20−33177−FJS
                                                                                      **Chapter**  13

Kandise Nadine Lucas

Debtor(s)

## NOTICE TO DEBTOR(S) AND CREDITORS
## CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

In order to receive a discharge, you <u>must</u>

Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 as required by Local Bankruptcy Rule 4008−2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at www.vaeb.uscourts.gov. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1, 2007 through March 31, 2010, $146,450 if the case was filed on or after April 1, 2010, $155,675 if the case was filed on or after April 1, 2013, $160,375 if the case was filed on or after April 1, 2016, $170,350 if the case was filed on or after April 1, 2019, or $189,050 if the case was filed on or after April 1, 2022, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated: November 3, 2025                       Charri S Stewart , Clerk
                                                               United States Bankruptcy Court

[ntcLBRvApril2022.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 20-33177-FJS
Kandise Nadine Lucas  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7  User: Admin  Page 1 of 4
Date Rcvd: Nov 03, 2025  Form ID: nt400815  Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kandise Nadine Lucas, 514 East Williamsburg Road, Sandston, VA 23150-1703 |
| cr | + | Amanda Simons, c/o Daniels, Williams, Tuck & Ritter, 11901 Iron Bridge Road, PO Box 3570, Chester, va 23831-8481 |
| 15421188 | + | Advocates for Equity in Schools, 4206 Chamberlayne Avenue, Richmond, VA 23227-5010 |
| 15421190 | + | Amanda Simons, 11901 Iron Bridge Road, Chester, VA 23831-1458 |
| 15421195 | + | Charles Lucas, 514 East Williamsburg Road, Sandston, VA 23150-1703 |
| 15421197 | | Commonwealth Lab Consultants, PO Box 36559, Martinsville, VA 24115-5468 |
| 15421200 | + | Henrico Courts, 4301 Parham Road, Henrico, VA 23228-2745 |
| 15421202 | + | Kim Taylor, 1409 Eastridge Road, Henrico, VA 23229-5501 |
| 15421203 | + | Meridian Resource Company, PO Box 659940, San Antonio, TX 78265-9138 |
| 15421204 | + | NAPA Virginia, PO Box 8005, Cleveland, TN 37320-8005 |
| 15421207 | + | Sheltering Arms Hosp, Applied Business Services, 617 Southside Rd, Edenton, NC 27932-8922 |
| 15421210 | + | Thomas H. Robers & Assoc PC, 105 S. 1st Street, Richmond, VA 23219-3718 |
| 15421212 | | Wells Fargo, 7711 Plantation Rd #, R4058015, Roanoke, VA 24019-0000 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | Nov 04 2025 01:46:00 | Allied First Bank, SB dba ServBank, Allied First Bank, SB dba Servbank, 14841 Dallas Parkway, Ste 350, Dallas, TX 75254-7685 |
| cr | + | Email/Text: BK@servicingdivision.com | Nov 04 2025 01:46:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: BK@servicingdivision.com | Nov 04 2025 01:46:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: BK@servicingdivision.com | Nov 04 2025 01:46:00 | Servbank, SB, 3138 E Elwood St, Phoenix, AZ 85034, UNITED STATES 85034-7210 |
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | Nov 04 2025 01:46:00 | Servbank, SB, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 15421189 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 04 2025 02:03:23 | AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16152969 | + | Email/Text: BK@servicingdivision.com | Nov 04 2025 01:46:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 15421191 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2025 02:03:20 | Ashley Funding Services, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15475636 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2025 01:49:27 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15421193 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 20-33177-FJS    Doc 158    Filed 11/05/25    Entered 11/06/25 00:18:36    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0422-7 | User: Admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: nt400815 | Total Noticed: 46 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15431569 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 04 2025 01:51:06 | Capital One Bank, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15421194 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2025 01:51:04 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15421196 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2025 01:51:00 | Capital One Financial, 1680 Capital One Dr, Mc Lean, VA 22102-3407 |
| 15421198 | + | Email/Text: EBN@edfinancial.com | Nov 04 2025 01:49:35 | Cjw Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 15421199 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Nov 04 2025 01:45:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15425820 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Nov 04 2025 01:46:00 | First Investors Corporation*, 380 Interstate North Parkway, Ste 300, Atlanta, GA 30339-2222 |
| 15421201 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2025 01:46:00 | First Investors Servicing Corporation, 380 Interstate North Parkway Ste 300, Atlanta, GA 30339-2222 |
| 16150954 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2025 01:51:05 | Henrico Doctor's Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 15436335 | | Email/Text: paula.tilley@nrsagency.com | Nov 04 2025 01:50:19 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15421205 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 04 2025 01:45:00 | NAPA VIRGINIA, C/O NATIONWIDE RECOVERY SERVICE, PO BOX 8005, CLEVELAND, TN 37320-8005 |
| 15421192 | | Email/Text: sarah@nblawplc.com | Nov 04 2025 01:46:00 | Nationstar Mortgage, LLC, D/B/A Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741 |
| 15432573 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 04 2025 01:46:00 | Ballato Law Firm PC**, 3721 Westerre Pkwy, Suite A, Richmond, VA 23233-0000 |
| 15421206 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 04 2025 01:46:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 16785249 | + | Email/Text: BK@servicingdivision.com | Nov 04 2025 02:03:22 | Navient Solutions Inc, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 16354197 | + | Email/Text: BK@servicingdivision.com | Nov 04 2025 01:46:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 15476346 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2025 01:46:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 15421208 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2025 01:51:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15421209 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2025 02:02:59 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15423186 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Nov 04 2025 01:49:23 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15421211 | + | Email/Text: bankruptcytn@wakeassoc.com | Nov 04 2025 01:45:00 | U.S. Attorney's Office, 919 East Main Street, Suite 1900, Richmond, VA 23219-4625 |
| 15421213 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Nov 04 2025 01:45:00 | Valley Credit Service, Inc, P.o. Box 7090, Charlottesville, VA 22906-7090 |
| 15421214 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Nov 04 2025 02:03:01 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15432386 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Nov 04 2025 02:02:33 | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306-0000 |
| | | | Nov 04 2025 01:51:10 | Wells Fargo Bank, N.A., Wells Fargo Card |

| District/off: 0422-7 | User: Admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: nt400815 | Total Noticed: 46 |

Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | ##+ | Marla Faith Crawford, 6523 South Stevens Hollow Drive, Chesterfield, VA 23832-8566 |
| 15711011 | ##+ | Dr. Marla Crawford, c/o Elite Educational Consulting, 6523 S Stevens Hollow Dr, Chesterfield, VA 23832-8566 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carl M. Bates | station01@richchap13.com<br>station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com |
| Craig Andrew Edelman | on behalf of Creditor Servbank N.A. craig.edelman@bonialpc.com, Notices.Bonial@ecf.courtdrive.com |
| Craig Brandon Rule | on behalf of Creditor Nationstar Mortgage LLC crule@zwickerpc.com bknotices@zwickerpc.com |
| D. Carol Sasser | on behalf of Creditor Servbank SB dsasser@siwpc.com, ewhite@siwpc.com;kgershen@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Daniel Kevin Eisenhauer | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ANHSOrlans@InfoEx.com ecfaccount@orlans.com |
| Jason Meyer Krumbein | on behalf of Defendant Kandise Nadine Lucas jkrumbein@krumbeinlaw.com a30156@yahoo.com;jkrumbein@recap.email |
| Kimberly Alice Chandler | on behalf of Debtor Kandise Nadine Lucas kim@chandlerplc.com liz@chandlerplc.com;admin3@chandlerplc.com;r49700@notify.bestcase.com |
| Matthew W. Cheney | USTPRegion04.RH.ECF@usdoj.gov |
| Mukta Suri | on behalf of Creditor Allied First Bank SB dba Servbank Mukta.Suri@mccalla.com, mccallaecf@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0422-7 | User: Admin | Page 4 of 4 |
| Date Rcvd: Nov 03, 2025 | Form ID: nt400815 | Total Noticed: 46 |

Mukta Suri
    on behalf of Creditor Allied First Bank SB dba ServBank Mukta.Suri@mccalla.com, mccallaecf@ecf.courtdrive.com

Mukta Suri
    on behalf of Creditor Servbank SB Mukta.Suri@mccalla.com, mccallaecf@ecf.courtdrive.com

Natalie E Lea
    on behalf of Creditor Servbank SB natalie.lea@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Susan Hope Call
    on behalf of Trustee Carl M. Bates susancall@richchap13.com station15@richchap13.com

Todd Madison Ritter
    on behalf of Plaintiff Amanda Simons tritter@hillrainey.com
    bankruptcy@hillrainey.com;kvillafane@hillrainey.com;tritter@hillrainey.com;thall@hillrainey.com

Todd Madison Ritter
    on behalf of Creditor Amanda Simons tritter@hillrainey.com
    bankruptcy@hillrainey.com;kvillafane@hillrainey.com;tritter@hillrainey.com;thall@hillrainey.com

TOTAL: 15