**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>Kandise Nadine Lucas<br><br>Debtor(s) | Case No. 20-33177-FJS |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Michael R Jones, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/23/2020.

2) The plan was confirmed on 06/03/2021.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/22/2024, 08/04/2025.

5) The case was completed on 10/31/2025.

6) Number of months from filing or conversion to last payment: 63.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $75,777.56.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| **Receipts:** | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $27,151.00 | |
| Less amount refunded to debtor | $151.00 | |
| **NET RECEIPTS:** | | **$27,000.00** |

| **Expenses of Administration:** | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $6,859.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,942.14 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$8,801.14** |
| Attorney fees paid and disclosed by debtor: | $0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advocates for Equity in Schools | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AIS Portfolio Services LP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Allied First Bank SB dba ServBank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Allied First Bank SB dba Servbank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Amanda Simons | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Amanda Simons | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ashley Funding Services | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ashley Funding Services LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ashley Funding Services LLC | Unsecured | 6.43 | 6.43 | 6.43 | 0.44 | 0.00 |
| Capital One Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Capital One Bank USA NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA, N.A. | Unsecured | 2,786.71 | 2,786.71 | 2,786.71 | 189.83 | 0.00 |
| Capital One Financial | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Charles Lucas | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Cjw Medical Center | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CJW Medical Center | Unsecured | NA | 284.39 | 284.39 | 19.38 | 0.00 |
| Commonwealth Lab Consultants | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Dr Marla Crawford | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| EdFinancial Services | Unsecured | 20,598.00 | NA | NA | 0.00 | 0.00 |
| FIRST INVESTORS | Secured | 2,480.02 | 2,480.02 | 2,480.02 | 2,480.02 | 131.92 |
| First Investors Corporation* | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| First Investors Servicing Corporation | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Henrico Courts | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Henrico Doctors Hospital | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Henrico Doctors Hospital | Unsecured | 366.65 | 366.65 | 366.65 | 24.98 | 0.00 |
| Kim Taylor | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Kimberly Alice Chandler | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Marla Faith Crawford | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Matthew W Cheney | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Meridian Resource Company | Unsecured | 4,525.66 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Michael R Jones | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NAPA VIRGINIA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NAPA Virginia | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NAPA VIRGINIA c/o NRS | Unsecured | 297.30 | 297.30 | 297.30 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Nationstar Mortgage LLC d b a Mr Coope | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Navient Solutions Inc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NGUYEN BALLATO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 1,147.06 | 1,147.06 | 78.14 | 0.00 |
| Servbank NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Servbank SB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Servbank SB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Servbank, SB | Secured | 53,305.83 | 4,898.52 | 4,898.52 | 4,898.52 | 0.00 |
| Sheltering Arms Hosp | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony Bank Amazon | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony Bank Amazon | Unsecured | 1,466.00 | NA | NA | 0.00 | 0.00 |
| Thomas H Robers AND Assoc PC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Thomas Roberts, Esquire | Unsecured | 22,112.15 | 25,278.70 | 25,278.73 | 1,721.94 | 0.00 |
| Todd M. Ritter, Esq. c/o Amanda Simons | Unsecured | NA | 123,637.65 | 123,637.65 | 8,421.96 | 0.00 |
| US Attorneys Office | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Valley Credit Service Inc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Wells Fargo | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA Wells Fargo Card Se | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO CARD SERVICES | Unsecured | 3,401.79 | 3,401.79 | 3,401.79 | 231.73 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $4,898.52 | $4,898.52 | $0.00 |
| Debt Secured by Vehicle | $2,480.02 | $2,480.02 | $131.92 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,378.54** | **$7,378.54** | **$131.92** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$157,206.71** | **$10,688.40** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $8,801.14 |
| Disbursements to Creditors | $18,198.86 |
| **TOTAL DISBURSEMENTS** : | **$27,000.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/26/2026                    By: /s/ Michael R Jones
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**