**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:                                                          Case No. 20-33177-FJS

    Kandise Nadine Lucas

                                                  Chapter 13

        Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEES' FRBP 2012 REPORT**
**ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**

Carl M. Bates, former Chapter 13 Trustee for the period from the petition date through December 31, 2025, and Michael R. Jones, successor Chapter 13 Trustee for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $27,151.00 |
| Less amount refunded to debtor | $151.00 |
| **NET RECEIPTS:** | **$27,000.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $6,859.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,942.16 |
| Other | $0.00 |
| Secured Creditors | $7,510.46 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $10,688.38 |
| **Total Disbursements & Expense of Administration:** | **$27,000.00** |

| | |
|---|---:|
| **Balance Transferred to Successor Trustee** | **$0.00** |

Dated: 03/02/2026

/s/ Carl M. Bates                                         /s/ Michael R. Jones
Former Chapter 13 Standing Trustee       Successor Chapter 13 Standing Trustee
P.O. Box 1819                                              P.O. Box 1819
Richmond, VA 23218                                   Richmond, VA 23218